1  JODY A. LANDRY, Bar No. 125743
   PAUL R. LYND, Bar No. 202764
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5
   Attorneys for Defendant
6  USPROTECT CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 | SUSAN SWANSON, SHANE MCGUIRE,        | Case No. C05-00602 JF
     and CLAUDIA MCGUIRE, individually
12   and on behalf of all others similarly | **DEFENDANT USPROTECT
     situated,                             | CORPORATION'S OFFER OF
13                                         | JUDGMENT TO PLAINTIFF SUSAN
                   Plaintiffs,             | SWANSON**
14
         v.                                | [FRCP, Rule 68]
15
   USPROTECT CORPORATION, a
16 Maryland corporation formerly known as
   HOLIDAY INTERNATIONAL
17 SECURITY, INC., and DOES 1 to 25,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

RULE 68 OFFER OF JUDGMENT TO          EXHIBIT A                 CASE NO. C05-00602 JF
SUSAN SWANSON

TO PLAINTIFF SUSAN SWANSON AND HER COUNSEL OF RECORD:

Defendant USProtect Corporation ("USProtect") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor of Plaintiff Susan Swanson against USProtect in the sum of fifteen thousand dollars ($15,000.00), which sum shall include all costs and attorney's fees otherwise recoverable in this action.

Dated: March 31, 2006

_____
PAUL R. LYND
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
USPROTECT CORPORATION

Firmwide:80955678.1 044829.1009

IT IS SO ORDERED.  4/27/06

JUDGE JEREMY FOGEL, US DISTRICT COURT

```
JODY A. LANDRY, Bar No. 125743
PAUL R. LYND, Bar No. 202764
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:  415.433.1940
Facsimile:  415.743.6653

Attorneys for Defendant
USPROTECT CORPORATION
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| SUSAN SWANSON, SHANE MCGUIRE, and CLAUDIA MCGUIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>Defendants. | Case No. 1-04-CV-025190<br><br>**PROOF OF SERVICE BY MAIL** |

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 31, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF SHANE MCGUIRE [FRCP, RULE 68]**

**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF SUSAN SWANSON [FRCP, RULE 68]**

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE

**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF CLAUDIA MCGUIRE [FRCP, RULE 68]**

**AFFIDAVIT OF JAMES D. BREEN IN SUPPORT OF DEFENDANT USPROTECT CORPORATION'S POSITION IN SETTLEMENT DISCUSSIONS [CONFIDENTIAL—FOR SETTLEMENT PURPOSES ONLY]**

in a sealed envelope, postage fully paid, addressed as follows:

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 31, 2006, at San Francisco, California.

ROSEMARY A. COMISKY

San_Francisco:31309585.1 044829.1009

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.
PROOF OF SERVICE