JODY A. LANDRY, Bar No. 125743
PAUL R. LYND, Bar No. 202764
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
USPROTECT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SWANSON, SHANE MCGUIRE, and CLAUDIA MCGUIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 to 25,<br><br>Defendants. | Case No. C05-00602 JF<br><br>**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF SHANE MCGUIRE**<br><br>[FRCP, Rule 68] |

1  TO PLAINTIFF SHANE MCGUIRE AND HIS COUNSEL OF RECORD:

2  Defendant USProtect Corporation ("USProtect") hereby offers to allow entry of

3  judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor

4  of Plaintiff Shane McGuire against USProtect in the sum of fifteen thousand dollars ($15,000.00),

5  which sum shall include all costs and attorney's fees otherwise recoverable in this action.

6  Dated: March 31, 2006

_____
PAUL R. LYND
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
USPROTECT CORPORATION

Firmwide:80955787.1 044829.1009

IT IS SO ORDERED. 4/27/06

JUDGE JEREMY FOGEL, US DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego, CA 92101-8194
619.232.0441

RULE 68 OFFER OF JUDGMENT TO SHANE MCGUIRE     2.     CASE NO. C05-00602 JF

| | |
|---|---|
| 1 | JODY A. LANDRY, Bar No. 125743 |
| | PAUL R. LYND, Bar No. 202764 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, California 94108 |
| 4 | Telephone:  415.433.1940 |
| | Facsimile:   415.743.6653 |
| 5 | |
| | Attorneys for Defendant |
| 6 | USPROTECT CORPORATION |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| SUSAN SWANSON, SHANE MCGUIRE, and CLAUDIA MCGUIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>Defendants. | Case No. 1-04-CV-025190<br><br>**PROOF OF SERVICE BY MAIL** |

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 31, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF SHANE MCGUIRE [FRCP, RULE 68]**

**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF SUSAN SWANSON [FRCP, RULE 68]**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE

1

**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF CLAUDIA MCGUIRE [FRCP, RULE 68]**

**AFFIDAVIT OF JAMES D. BREEN IN SUPPORT OF DEFENDANT USPROTECT CORPORATION'S POSITION IN SETTLEMENT DISCUSSIONS [CONFIDENTIAL—FOR SETTLEMENT PURPOSES ONLY]**

in a sealed envelope, postage fully paid, addressed as follows:

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 31, 2006, at San Francisco, California.

_____
ROSEMARY A. COMISKY

San_Francisco:31309585.1 044829.1009

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

PROOF OF SERVICE