**E-filed 5/1/06**

1   JODY A. LANDRY, Bar No. 125743
    PAUL R. LYND, Bar No. 202764
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street, 20th Floor
    San Francisco, CA  94108.2693
4   Telephone:     415.433,1940
    Facsimile:     415.399.8490
5
    Attorneys for Defendant
6   USPROTECT CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11   SUSAN SWANSON, SHANE MCGUIRE,        Case No.  C05-00602 JF
     and CLAUDIA MCGUIRE, individually
12   and on behalf of all others similarly   **DEFENDANT USPROTECT
     situated,                                CORPORATION'S OFFER OF
13                                            JUDGMENT TO PLAINTIFF CLAUDIA
                    Plaintiffs,               MCGUIRE**
14
           v.                               [FRCP, Rule 68]
15
     USPROTECT CORPORATION, a
16   Maryland corporation formerly known as
     HOLIDAY INTERNATIONAL
17   SECURITY, INC., and DOES 1 to 25,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego  CA  92101.8194
619 232 0441

RULE 68 OFFER OF JUDGMENT TO          EXHIBIT A                CASE NO. C05-00602 JF
CLAUDIA MCGUIRE

1     TO PLAINTIFF CLAUDIA MCGUIRE AND HER COUNSEL OF RECORD:

2     Defendant USProtect Corporation ("USProtect") hereby offers to allow entry of

3 judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor

4 of Plaintiff Claudia McGuire against USProtect in the sum of fifteen thousand dollars ($15,000.00),

5 which sum shall include all costs and attorney's fees otherwise recoverable in this action.

6 Dated:  March 31, 2006

7

8                                     _____

                                      PAUL R. LYND
9                                       LITTLER MENDELSON

                                      A Professional Corporation
10                                       Attorneys for Defendant

                                      USPROTECT CORPORATION
11

12   Firmwide:80955795.1 044829.1009

13   4/27/06  IT IS SO ORDERED.

14

15

16                               JEREMY FOGEL, US DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
701 "B" Street
13th Floor
San Diego  CA  92101 8194
619 232 0441

RULE 68 OFFER OF JUDGMENT TO          2.               CASE NO. C05-00602 JF
CLAUDIA MCGUIRE

1  JODY A. LANDRY, Bar No. 125743
   PAUL R. LYND, Bar No. 202764
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, California 94108
4  Telephone:    415.433.1940
   Facsimile:    415.743.6653
5
   Attorneys for Defendant
6  USPROTECT CORPORATION

7

8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                           COUNTY OF SANTA CLARA

10 | SUSAN SWANSON, SHANE MCGUIRE, | Case No. 1-04-CV-025190
   | and CLAUDIA MCGUIRE, individually |
11 | and on behalf of all others similarly | **PROOF OF SERVICE BY MAIL**
   | situated, |
12 |
   |
13 |              Plaintiffs,
   |
14 |       v.
   |
15 | USPROTECT CORPORATION, a
   | Maryland corporation formerly known as
16 | HOLIDAY INTERNATIONAL
   | SECURITY, INC., and DOES 1 TO 25,
17 |
   |              Defendants.

18

19         I am employed in San Francisco County, California. I am over the age of eighteen

20 years and not a party to the within-entitled action. My business address is 650 California Street,

21 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for

22 collection and processing of correspondence for mailing with the United States Postal Service. On

23 March 31, 2006, I placed with this firm at the above address for deposit with the United States Postal

24 Service a true and correct copy of the within document(s):

25         **DEFENDANT USPROTECT CORPORATION'S OFFER OF**
           **JUDGMENT TO PLAINTIFF SHANE MCGUIRE [FRCP, RULE**
26         **68]**

27         **DEFENDANT USPROTECT CORPORATION'S OFFER OF**
           **JUDGMENT TO PLAINTIFF SUSAN SWANSON [FRCP, RULE**
28         **68]**

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE

1

2

3

4

5

**DEFENDANT USPROTECT CORPORATION'S OFFER OF JUDGMENT TO PLAINTIFF CLAUDIA MCGUIRE [FRCP, RULE 68]**

**AFFIDAVIT OF JAMES D. BREEN IN SUPPORT OF DEFENDANT USPROTECT CORPORATION'S POSITION IN SETTLEMENT DISCUSSIONS [CONFIDENTIAL—FOR SETTLEMENT PURPOSES ONLY]**

6

in a sealed envelope, postage fully paid, addressed as follows:

7

8

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032

9

10

11

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

12

13

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

14

Executed on March 31, 2006, at San Francisco, California.

15

16

17

_____
ROSEMARY A. COMISKY

18

San_Francisco:31309585.1 044829.1009

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

2.

PROOF OF SERVICE