**E-Filed 5/17/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SWANSON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>USPROTECT CORPORATION,<br><br>　　　　　　Defendant. | Case Number C 05-602 JF<br><br>ORDER GRANTING MOTION TO INTERVENE AND REOPENING CASE<br><br>[RE: Doc. No. 37] |

　　　The instant case was terminated on May 1, 2006 pursuant to stipulated judgements entered into between Defendant and each of the three named plaintiffs. Prior to termination of the action, however, Geryl Deane Doucette filed a motion for leave to intervene as a plaintiff, and to file a proposed complaint. Ms. Doucette's motion to intervene was set for hearing on May 26, 2006. On May 5, 2006, Defendant filed a statement of non-opposition to Ms. Doucette's motion to intervene.

　　　Accordingly, Ms. Doucette's motion to intervene is GRANTED. The Clerk of the Court shall VACATE the hearing date of May 26, 2006 and shall REOPEN the case.

Case No. C 05-602 JF
ORDER GRANTING MOTION TO INTERVENE AND REOPENING CASE
(JFLC2)

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | |
| 4 | |
| 5 | DATED: 5/17/06 |
| 6 | |
| 7 | _____<br>JEREMY FOGEL<br>United States District Judge |
| 8 | |

2

Case No. C 05-602 JF
ORDER GRANTING MOTION TO INTERVENE AND REOPENING CASE
(JFLC2)

1  This Order was served on the following persons:

3  Leslie Chin-Wen Cheng    lcheng@littler.com, mcavagnuolo@littler.com
4  Paul R. Lynd    plynd@littler.com, rcomisky@littler.com
5  Michael Millen    MikeMillen@aol.com,

3

Case No. C 05-602 JF
ORDER GRANTING MOTION TO INTERVENE AND REOPENING CASE
(JFLC2)