MICHAEL MILLEN, Bar No. 151731
Attorney at Law
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Facsimile: (408) 516-9861
mikemillen@aol.com

**E-filed 1/10/07**

Attorney for Plaintiffs

JODY A. LANDRY, Bar No. 125743
PAUL R. LYND, Bar No. 202764
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

Attorneys for Defendant
USPROTECT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SWANSON, SHANE MCGUIRE, and CLAUDIA MCGUIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>and<br><br>GERYL DEANE DOUCETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>Defendants. | NO.: C05-602-JF<br><br>**STIPULATION TO CONTINUE CMC**<br><br>Date:      January 12, 200<br>Time:     10:30 a.m.<br>Judge:    Jeremy Fogel<br>Courtroom: 3 (5th Floor) |

1  The parties respectfully request that the court continue the Case Management Conference
2  from January 12, 2007, to February 23, 2007. This request is based on the fact that the parties are
3  still awaiting the court's ruling on USProtect's 12(b)(6) motion.

Dated: January 8, 2007

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

LITTLER MENDELSON

Dated: January 8, 2007

_____
PAUL R. LYND, ESQ.
ATTORNEYS FOR DEFENDANT
USPROTECT CORPORATION

GOOD CAUSE APPEARING, the court orders that the Case Management Conference is continued to February 23, 2007 at 10:30 a.m. in Courtroom 3.

Dated: 1/10/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

STIPULATION TO CONTINUE CMC                    C05-602 JF          Page 2