**E-filed 3/15/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SWANSON, SHANE MCGUIRE, and CLAUDIA MCGUIRE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>GERYL DEANE DOUCETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 to 25,<br><br>Defendants. | Case No. C05-00602 JF<br><br>**ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

GOOD CAUSE APPEARING, the court orders that the Case Management Conference is continued from March 16, 2007 to April 27, 2007 at 10:30 a.m. in Courtroom 3.

Dated: 3/15/07

_/s/ Jeremy Fogel_
HON. JEREMY FOGEL
United States District Court Judge

Firmwide:82174832.1 044829.1009

**ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Case No. 05-00602 JF

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940