Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
email:  MikeMillen@aol.com

Attorney for Plaintiffs

\*\*E-filed 7/18/07\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SWANSON, SHANE MCGUIRE, and CLAUDIA MCGUIRE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>and<br><br>GERYL DEANE DOUCETTE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff-Intervenor,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>      Defendants. | NO.:  C05-00602 JR (HRL)<br><br>**NOTICE OF ACCEPTANCE OF OFFER TO ALLOW JUDGMENT (GERYL DEANE DOUCETTE)** |

//

//

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff-Intervenor GERYL DEANE DOUCETTE hereby

3  ACCEPTS USProtect Corporation's Offer of Judgment attached hereto as Exhibit A.

5  Dated: June 15, 2007

  _____
  MICHAEL MILLEN, ESQ.
  ATTORNEY FOR PLAINTIFFS

9  7/18/07   IT IS SO ORDERED.

  _____
  Judge Jeremy Fogel, US District Court

1  Plaintiff-Intervenor GERYL DEANE DOUCETTE hereby gives notice that she ACCEPTS
2  that certain offer entitled "DEFENDANT USPROTECT CORPORATION'S OFFER OF
3  JUDGMENT TO PLAINTIFF-INTERVENOR GERYL DEANE DOUCETTE" served on or
4  about June 5, 2007, and which is attached hereto as Exhibit A.
5
6
7  Dated: 6/13/07                                      _____
8                                                      GERYL DEANE DOUCETTE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

**NOTICE OF ACCEPTANCE**                                C05-00602 JR (HRL)   Page 3