MICHAEL MILLEN, Bar No. 151731
Attorney at Law
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777W
Facsimile:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiffs

STEVEN R. BLACKBURN, Bar No. 154797
MATTHEW A. GOODIN, Bar No. 169674
Epstein Becker & Green, P.C.
One California St., Ste. 2600
San Francisco, CA  94111
sblackburn@egblaw.com
mgoodin@egblaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SWANSON, SHANE MCGUIRE, and CLAUDIA MCGUIRE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>and<br><br>GERYL DEANE DOUCETTE and KEITH JACKSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>    Defendants. | NO.:  C05-602-JF<br><br>**STIPULATION TO STAY ALL PROCEEDINGS AND CLOSE FILE**<br><br>Date:     August 1, 2008<br>Time:     10:30 a.m.<br>Judge:   Jeremy Fogel<br>Courtroom: 3 (5th Floor) |

1  The parties respectfully request that the court stay all proceedings in this matter. This
2  request is based on the following:
3     1. On March 16, 2008, an Involuntary Bankruptcy petition was filed against defendant
4  USProtect requesting that it be put into Chapter 7 in the United States Bankruptcy Court for the
5  District of Maryland.
6     2. On April 9, 2008, the United States Bankruptcy Court for the District of Maryland
7  granted that request and officially ordered USProtect into Chapter 7 proceedings.
8     3. In light of the automatic stay, the parties request that the court enter the following order:

This action has been stayed by the defendant's bankruptcy proceedings. Therefore, the case is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay has been lifted or other good cause. The clerk will close the file.

Dated: 7/14/08

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS


EPSTEIN BECKER & GREEN, P.C.

Dated: 7/14/2008

_____
MATTHEW GOODIN, ESQ.
ATTORNEYS FOR DEFENDANT
USPROTECT CORPORATION

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

STIPULATION AND ORDER TO STAY PROCEEDINGS AND CLOSE FILE     C05-602 JF     Page 2

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

| | |
|---|---|
| 1 | |
| 2 | GOOD CAUSE APPEARING, the court orders as follows: |
| 3 | This action has been stayed by the defendant's bankruptcy proceedings. Therefore, the case |
| 4 | is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay |
| 5 | has been lifted or other good cause. The clerk will close the file. |

Dated: 7/21/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO STAY PROCEEDINGS AND CLOSE FILE**   C05-602 JF   Page 3